PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH NAGY, | ) | |
| | ) | CASE NO. 1:12CV00825 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

In the above-captioned case, an Administrative Law Judge ("ALJ") denied Plaintiff

Joseph Nagy's applications for Disability Insurance Benefits ("DIB") and Supplemental Security

Income ("SSI") after a hearing.  That decision became the final determination of Defendant

Commissioner of Social Security when the Appeals Council denied Plaintiff's request to review

the ALJ's decision.  Plaintiff subsequently sought judicial review of Defendant's decision, and

this Court referred the case to Magistrate Judge William Baughman, Jr., for preparation of a

Report and Recommendation pursuant to 28 U.S.C. § 636.  The magistrate judge recommended

that Defendant's decision that Plaintiff is not disabled for purposes of his 1998 SSI applications

and 2002 DIB application be reversed and remanded for further proceedings consistent with the

Report and Recommendation. ECF No. 27 at 13.

28 U.S.C. § 636 provides that a party may serve and file specific written objections

within fourteen days after being served with the recommendations of the magistrate judge.  The

statute does not require a district judge to review a magistrate judge's report to which no

objections are filed.  *Thomas v. Arn*, 474 U.S. 140, 149, 106 S. Ct. 466, 88 L. Ed. 2d (1986).  On

July 3, 2013, Defendant filed a notice informing the Court that she will not object to the Report

and Recommendation.  ECF No. 28.  Plaintiff also has not filed any objections, even though it

was due on July 4, 2013, evidencing satisfaction with the magistrate judge's recommendations.

Any further review by this Court would be a duplicative and inefficient use of judicial resources.

*See Howard v. Secretary of Health & Human Services*, 932 F.2d 505, 509 (6th Cir. 1991).

      Accordingly, the Court adopts the Report and Recommendation.  Defendant's final

decision denying Plaintiff's SSI and DIB applications is reversed and remanded consistent with

the Report and Recommendation.


      IT IS SO ORDERED.


 July 10, 2013                             */s/ Benita Y. Pearson*
Date                                       Benita Y. Pearson
                                         United States District Judge